UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| BRANDON BERNARD, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 2:20-cv-00631-JPH-DLP ) |
| WARDEN, | ) ) ) |
| Respondent. | ) |

**ORDER SETTING BRIEFING SCHEDULE**

Brandon Bernard is federal inmate at the United States Penitentiary in Terre Haute, Indiana, scheduled to be executed on December 10, 2020.

On November 24, 2020, Mr. Bernard filed a petition under 28 U.S.C. § 2241 seeking a writ of habeas corpus and a stay of execution, *Bernard v. Watson*, No. 2:20-616 (S.D. Ind.), dkt. 1. Mr. Bernard is represented by counsel in that case.

On November 27, 2020, Mr. Bernard filed this case, another petition under 28 U.S.C. § 2241 seeking a writ of habeas corpus and a stay of execution, *Bernard v. Warden USP Terre Haute*, No. 2:20-631 (S.D. Ind.). Mr. Bernard is *pro se* in this case. Dkt. 1.

The respondent shall have **through Thursday, December 3, 2020**, to file a response to the motion to stay execution, and **shall serve** a copy of the response to all counsel listed on the distribution list on this order.

The **clerk is directed** to provide a copy of this Order, as well as the petition and motion for stay of execution, dkt. [1], to Mr. Bernard's counsel in *Bernard v.*


*Watson*, No. 2:20-616 (S.D. Ind.), who are included on the distribution list on this order. If counsel in *Bernard v.* Watson, No. 2:20-616 seek to be appointed in this action, they shall immediately notify the Court.

**SO ORDERED.**

Date: 11/30/2020

Distribution:

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

BRANDON BERNARD
91980-080
TERRE HAUTE – USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

Robert C. Owen
LAW OFFICE OF ROBERT C. OWEN, LLC
53 W. Jackson Blvd.
Suite 1056
Chicago, IL 60604
512-577-8329
robowenlaw@gmail.com

John Robert Carpenter
FEDERAL PUBLIC DEFENDER
1331 Broadway
Suite 400
Tacoma, WA 98402
(253) 593-6710
john_carpenter@fd.org

Elizabeth Berenguer, Assistant U.S. Attorney
Direct: 210-384-7099
Email: elizabeth.berenguer@usdoj.gov
U.S. Attorney's Office
Western District of Texas
Suite 600
601 N.W. Loop 410
San Antonio, TX 78216-5512

Joseph H. Gay, Jr., Assistant U.S. Attorney
Direct: 210-384-7030
Email: joseph.gay@usdoj.gov
U.S. Attorney's Office
Western District of Texas
601 N.W. Loop 410
San Antonio, TX 78216-5512

Michael Robert Hardy, Esq., Assistant U.S. Attorney
210-784-7090
mike.hardy@usdoj.gov
U.S. Attorney's Office
Western District of Texas
Suite 600
601 N.W. Loop 410
San Antonio, TX 78216-5512