UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| BRANDON BERNARD, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> WARDEN, ) <br> ) <br> Respondent. ) | No. 2:20-cv-00631-JPH-DLP |

**ORDER GRANTING MOTION TO WITHDRAW
PETITION FOR WRIT OF HABEAS CORPUS**

On November 27, 2020, Petitioner Brandon Bernard filed a *pro se* petition for writ of habeas corpus. Dkt. 1. On December 1, 2020, Mr. Bernard's counsel in *Bernard v. Watson*, Case No. 2:20-616, another petition for writ of habeas corpus that is currently pending, filed a motion to withdraw the petition in this case. Dkt. 6. In that motion, counsel represents that Mr. Bernard has authorized him to file the motion to withdraw the petition. For the reasons stated in Mr. Bernard's motion to withdraw, dkt. [6], the motion is **GRANTED**, and the petition for writ of habeas corpus is **DISMISSED** without prejudice. The motion for leave to proceed *in forma pauperis*, dkt. [2], is **GRANTED**.

The **clerk is directed** to close this case. No final judgment shall enter.

**SO ORDERED.**

Date: 12/1/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

BRANDON BERNARD
91980-080
TERRE HAUTE – USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

All ounsel in 2:20cv631

Robert C. Owen
LAW OFFICE OF ROBERT C. OWEN, LLC
53 W. Jackson Blvd.
Suite 1056
Chicago, IL 60604
512-577-8329
robowenlaw@gmail.com

John Robert Carpenter
FEDERAL PUBLIC DEFENDER
1331 Broadway
Suite 400
Tacoma, WA 98402
(253) 593-6710
john_carpenter@fd.org

Elizabeth Berenguer, Assistant U.S. Attorney
Direct: 210-384-7099
Email: elizabeth.berenguer@usdoj.gov
U.S. Attorney's Office
Western District of Texas
Suite 600
601 N.W. Loop 410
San Antonio, TX 78216-5512

Joseph H. Gay, Jr., Assistant U.S. Attorney
Direct: 210-384-7030
Email: joseph.gay@usdoj.gov
U.S. Attorney's Office
Western District of Texas
601 N.W. Loop 410
San Antonio, TX 78216-5512

Michael Robert Hardy, Esq., Assistant U.S. Attorney
210-784-7090
mike.hardy@usdoj.gov
U.S. Attorney's Office
Western District of Texas
Suite 600
601 N.W. Loop 410
San Antonio, TX 78216-5512